EILEEN M. DECKER
United States Attorney
ROBERT CONTE
Assistant United States Attorney
Deputy Chief, Tax Division
United States Attorney's Office
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6607
Facsimile: (213) 894-0115
E-mail: Robert.Conte@usdoj.gov
TINO M. LISELLA
Assistant Chief (FL Bar No. 44510)
TIMOTHY M. Russo
Trial Attorney (NY Bar No. 4461703)
Tax Division, Western Criminal Enforcement Section
United States Department of Justice
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-5085
Facsimile: (202) 514-9623
E-mail: tino.m.lisella@usdoj.gov
timothy.m.russo@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MASUD SARSHAR,<br><br>Defendant. | No. CR 16 00527 (PSG)<br><br><u>JOINT RESPONSE TO PRESENTENCE INVESTIGATION REPORT</u> |

The parties in the above-captioned matter received the Probation Office's Presentence Investigation Report ("PSR") on January 30, 2017. The parties have no substantive objections to the PSR. Nevertheless, the parties jointly note the following error.

Paragraphs 5, 6(1), 90 and 91 of the PSR correctly state that restitution of $8,374,234 is to be paid by the defendant at or before the time of sentencing. However, Paragraph 5 of the PSR incorrectly states that, if the defendant is unable to pay the agreed-upon

restitution amount prior to sentencing, the defendant "will enter into a payment plan with the IRS." Such a payment plan is not part of the plea agreement.

The parties reserve their rights to submit supplemental objections to the PSR or any addendum to the PSR and position papers regarding sentencing.

Dated: February 13, 2017

Respectfully submitted,

/s Timothy M. Russo
TIMOTHY M. RUSSO
Trial Attorney
Tax Division

/s Edward M. Robbins, Jr.
EDWARD M. ROBBINS, JR.
Attorney for Defendant
MASUD SARSHAR