EDWARD M. ROBBINS (SBN 82696)
HOCHMAN, SALKIN, RETTIG, TOSCHER
& PEREZ, P.C.
9150 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
Telephone (310) 281-3247
Facsimile (310) 859-5129
Email: *edr@taxlitigator.com*

Attorney for Defendant
MASUD SARSHAR

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MASUD SARSHAR,<br><br>Defendant. | Case No. CR 16-527 PSG<br><br>**ADDITIONAL LETTERS OF SUPPORT**<br><br>Sentencing Date: March 13, 2017<br>Time: 9:00 a.m.<br>Court: Hon. Philip S. Gutierrez |

Defendant MASUD SARSHAR, through counsel, hereby submits additional letters of support.

Date: March 3, 2017

Respectfully submitted:

By /s/Edward M. Robbins, Jr.
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

Attorney for Defendant
MASUD SARSHAR

February 8, 2017

Dear Honorable Judge Philip S. Guitierrez,

My name is Mrs. Alice Sterling. I am writing this letter to share my personal experiences over the last decade working for Mr. Masud Sarshar. I met Masud in 2002 when I came to work for Apparel Limited, Inc. I began helping work by helping in accounting to being asked if I would like to do the billing for our customers which I had never done in the past. I always had an accounting background but this was a big opportunity for me to grown and learn, while supporting the company. Masud seemed to know I would be good at billing and believed because of my previous accounting work experiences, he gave me the opportunity. He truly believed in my ability and provided me the opportunity, which I took without hesitation, because of his confidence in me.

After over 10 years of working for Masud, it was clear that he was a very caring and loving man, to his family, children, and workers. I could not help but notice that he was always there for his mother, siblings and his children, I hold these same values for my family and children.

Apparel Limited like any other company had good years and bad years. During the good years Masud would cater in lunch for all employee's to show his appreciation. This included holiday parties for employee's and their spouse/guest. Halloween dress up contest to encourage staff to participate and improve employee moral, it was always something to look forward to. Other occasions include Fourth of July potlucks.

Masud has a big loving heart. I have witnessed first hand that Masud is a loving and caring person. In 2008-2009, my husband battled cancer, Masud made sure that thru this time when I was in and out of the office due to Doctor appointments and chemo treatments, that my job was secure and that I was paid for the time off. This was a very difficult time in my life and looking back Masud was selfless in allowing me to tend to my husband who I lost within the year. God bless him for his support and caring words. Another thing he did without my knowing was put money into my checking account to ensure I had what I needed, he did this asking for nothing in return, this was the hardest time in my life and NEVER would I have asked anyone for anything especially my boss. He never brought it up and I know he did not have to do that but in his heart he knew what I was going through and helped in the only way he felt he could, this meant so much to me. That is the kind of man he is and always had been as long as I have known him. After my husbands passing in Sept. 09, the company attended his funeral during a work day, Masud made his employee's feel very special at time of need!!

During financial hard times with the company, Masud made it a point not to lay off employee's. He felt the responsibility of his employee's and to me that shows the heart of someone who cares about people.

Massud started out as a Jobber with apparel and worked so hard and made a successful business which was Apparel Limited, Inc.
Overall in the past 15 years that I have know Masud, I will end this letter by summarizing that he is a compassionate, kind individual that is ready to help out!!

Thank you for allowing me to write this letter to share my thoughts of Masud character.

Please have compassion in sentencing Mr. Sarshar, in my experience of loosing a husband of 40 years, life is very short, learning from mistakes is important and learning does not have to take place by separation from family/loved ones.

God bless,

Mrs. Alice Sterling
4082 Cudahy Street
Huntington Park, CA 90255
562-639-1420

Tuesday, February 7, 2017

Honorable Philip S. Gutierrez
United States District Judge
350 West 1st Street
Los Angeles, California 90012

Honorable judge, allow me to introduce myself, my name is Yalil Guerra, Latin Grammy winner Classical composer, President of the National Association of Composers NACUSA-LA Chapter, and professor at Shepherd University and College of the Canyons.

I met Mr. Sarshar through Joef Fargier, a singer that wanted to record an album with me back in 2007. At first, I was impressed how humble Mr. Sarshar was. During the meeting the three of us discussed about the project and I immediately liked him, a perceived a person that was kind, and take care of his family and friends, with a great respect for others, no matter their economic situation or status. After this meeting we became friends. Later on he helped me to produce a single music video for my sibling Yamila Guerra, not charging me a dime for all his expenses, just to help us in a charitable act.

Back in 2010, when the recession started, my family was affected by this crisis and we asked him for help, and again, without hesitation he offered his unconditional help as a friend. His altruistic and charitable personality is one of the aspects of his personality that shines the most.

He achieved success by working hard. He told us how he built his career as a business man, selling clothing at Downtown LA and from there he grow step by step, with some successes and some failures, but always he raised to the top, working hard and never loosing his good attitude in life.

We as humans can't say we are perfect, that can be seen on Presidents, politicians, doctors, workers, in all the society spectrum. We are continuously trying to obey laws, rules, and adapting to changes. I do think that political and economic distress can't affect our behavior, and sometimes we can go into paths that can be wrong. This doesn't mean we can't fix our mistakes. Mr. Sarshar is totally aware of what he did, and he is regretful about it. He is an honorable and a family man, a great friend, a better yet, an employer that puts food on many families plate every day. I can assure that he will overcome this crisis stronger than ever, the same other great man in history have done before, I trust his willingness to change his path and he will succeed one more time again.

Mr. Sarshar family is very united, I had the opportunity to witness this at many events and parties at his house. He is like the God and guidance of his whole family, the tree that supports

all of them, not only financially, but more important, emotionally. His daughter and son love him too. For a family the incarceration of a family member is not pleasant, specially someone that really takes care of people a lot.

Honorable judge, please, give this man a new opportunity to rebuild his reputation, earned hard with the sweat of his forehead. I can assure you he is remorse about it and willing to start again a new life.

Best regards,

**Yalil Guerra, M.M.**
Latin Grammy Winner Composer and 6 Times Latin Grammy Nominee
President - National Association of Composers USA (LA Chapter)
President - RYCY Productions, Inc.
Music Professor at Shepherd University and College of the Canyons
www.rycy.com I www.yalilguerra.com
Email: rycy@rycy.com
Twitter: @yalilguerra
Facebook: yalilguerrafanpage

2/4/17

Honorable Phillip S. Gutierrez 2/4/2017
United States District Judge
350 West 1st. Street
Los Angeles, Ca
90012

Honorable Mr. Gutierrez:

I'm glad to greet you and I wish you are very well!..My name is Yamila Guerra Soto, cuban artist and american citizen. I met Masud Sarshar during an artistic performance at his home in 2008, I was performing with my band. My personal impression was wonderful, he was affectionate, generous, well mannered, and with a great heart, I felt I had known him for some time.
He helped me to produce a song as well as a music video clip, he was so involved in the creative process, so passionate and hardworking. I remember he called us to meet him at 5 am at his house to continue working in our musical project. Also, I have been meeting Masud during different celebrations like Mother's Day, Thanksgiving, Birthdays, etc and as always he was so lovely, joyful and a good family man.
He have been through bad moments in his life but he could overcome those obstacles with courage, dignity and optimism.
I think these proceedings have impacted him tremendously and he is remorseful, it's affecting all of us and it would be very painful at emotional level and would cause family traumas if he suffered an incarceration and separation. He needs to be present with his kids, raising and educating them, his family depends on him.
He is a very positive person that learns from his mistakes. I think it would be appropriate compassion before any judgment is made. Masud loves and takes care of his family and friends everyday, this proves he is a great human being.

Best Regards,

Yamila Guerra Soto

STEVE K. WASSERMAN

AFFILIATED OFFICES

BEIJING
SHANGHAI
TEL AVIV, ISRAEL

# WASSERMAN LAW GROUP

5567 RESEDA BOULEVARD
SUITE 330
TARZANA, CALIFORNIA 91356
(818) 705-6800
FAX (818) 705-8926
FAX (818) 705-8926
WWW.WASSERMANLAWGROUP.COM

KARIN R. LEAVITT
MARLENE S. SELTZER*

OF COUNSEL

KATHRYN S. MARSHALL
MONTE SILVER**

*ADMITTED IN US SUPREME COURT
**ALSO ADMITTED IN ISRAEL

WRITER'S DIRECT CONTACT
(818) 609-2321 AND (818) 609-2320
SKW@WASSERMANLAWGROUP.COM

February 3, 2017

Honorable Philip S. Gutierrez
United States District Judge
350 West 1st Street
Los Angeles, California 90012

***Re: Character Reference for Masud Sarshar***

To the Honorable Philip Gutierrez:

I have been an attorney in good standing for over 43 years. I have run a successful law practice in the San Fernando Valley for over 40 years. I am also a business man and a philanthropist.

I am voluntarily writing this character reference on behalf of Masud Sarshar.

I first met Masud Sarshar approximately 15 years ago when I represented Apparel Limited, Inc. Mr. Sarshar was the Chief Executive Officer of Apparel Limited, Inc. for many years. I subsequently represented Mr. Sarshar personally in a matter relating to the purchase of real property. I continued to represent Apparel Limited and Mr. Sarshar on various matters in the years thereafter. During that time, I came to like and respect Mr. Sarshar, and we became personal friends. Mr. Sarshar was always very polite, and I found him to be an extremely hard worker. Whenever we have spoken about non-business matters, I have found him to be very kind hearted. We have discussed various philanthropy projects that he supports. We have also had numerous discussions about family and children, and I have found him to be a devoted father.

Mr. Sarshar is an upstanding citizen who made a mistake. I understand that he has admitted to his mistake and plead guilty to the charges against him. These charges have had grave repercussions for his family and his career. I am confident that he will not re-offend and will continue to be a valuable member of society.

I would respectfully request that you consider his true character and his exemplary history and urge you to be as lenient as possible.

Very truly yours,

WASSERMAN LAW GROUP

STEVE K. WASSERMAN

1093439.1

Honorable Philip S Guitierrez
United States District Judge
350 West 1st St

Los Angeles CA 90012

Dear Honorable Philip Guitierrez

I am writing on behalf of my Fellow AA member and friend Masud Sarshar. My only interest in writing to you is to express my insights as to his sober character and willingness to change. I have been a member of AA for years with him in Pacific Palisades CA.

My name is Robert Landes and I live in Pacific Palisades where I raised my family and have attended AA and alonon meetings for the last 25 years. I have been a CEO of many companies here in the Los Angeles area and sobriety has given me many gifts. I can also say before I got sober my actions and behavior were not exemplary. I embarrassed family and myself and was fired from running a public company, which brought embarrassment, and humiliation to those I loved. Since then sobriety has given me so many gifts, family restored financial security and the ability to help 100s of suffering people with the disease of addiction. I currently work as a clinician in the Addiction field at Beit T Shuvah a non profit rehab for the disease of addiction.

This brings me to Masud, He is a extremely kind man and a active member of AA. I have never heard him make excuses for this situation he finds himself in and has taken responsibility for his mistakes. I have both as a member of AA and a clinician see men like him based on the pain of there addiction who made mistakes turn not only there lives around but help countless others. Masud is there to help out other new to the program that come to the rooms for help. My hope is, that he can continue his work in helping others and be there for his children. I'm aware of the financial restitution he must pay but incarcerating him will limit his ability to fully serve society outside the prison system and help countless other recover from a hopeless state of mind and body.

If you would like to contact me or have additional questions do not hesitate to ask.

Robert H Landes

1420 Bienveneda Ave
PP CA 90272

Honorable Philip S. Guitierrez

United States District Judge

350 West 1st Street

Los Angeles, California 90012February 4, 2017

Dear Honorable Phillip Gutierrez,

I am writing in reference to Masud Sarshar in hopes of sharing with you how amazing of a man my uncle is. I feel strongly about my uncle, and about his future, and I want to try to make you feel the same way. My name is Pasha Rahimian. I am 17 years old, finishing up high school and eagerly waiting to hear back from the many business schools that I've applied to across the country.

Masud is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I am lucky enough to say that I have had the privilege of growing up with such a pure, genuine person to look up to. In that time I have seen him go through ups and downs, but all the while I have been convinced that he is a caring person at the core. He just needs more people to believe in him so that he can prove to not only you and his family, but his 8 year old son, to become the person I know he can be.

My uncle has made mistakes, and he is incredibly remorseful, and is willing to do whatever it takes to make reparations, financially and emotionally, if possible. But to do that, he needs you to give him an opportunity to get a second chance. I just hope you will recognize the power you wield with regard to the future of this amazing person, and make a fair decision for the sake of our family.

Thank you,

*Pasha Rahimian*

Pasha Rahimian

620 Chautauqua Blvd,

Pacific Palisades, CA 90272

310-401-4889

pasharahimian@yahoo.com

February 12, 2017

Honorable Philip S. Guitierrez

United States District Judge
350 West 1st Street.
Los Angeles, California 90012

Your Honor,

My name is Ogbonne Ikpa.
I have known Masud for over 12 years.

The United States has laws and Masud broke some of these laws.
He acknowledges this and understands that what he did was wrong.

The entire experience has taken quite a toll on him.
From conversations that I have had with Masud in the last couple months, I know he has had time to digest the extent of his wrong-doing and feels deeply sorry.

Masud is a very kind man who has made significant difference in his community by providing employment to several hundreds of people over the years.
He is also a very loving father who is involved in the lives of his children.

If it is at all possible, could you kindly commute his sentence to community service.

Thank you for this opportunity ,

Ogbonne Ikpa

Honorable Philip S. Guitierrez
United States District Judge
350 West 1st Street
Los Angeles, California 90012

Dear Judge Guitierrez,

My name is Nick Ventura and I am writing a letter on behalf of Masud Sarshar. It is my hope that this letter will provide some insight on the type of person Masud is and how he has positively impacted my life since I met him about a year and half ago.

I crawled my way into Alcoholics Anonymous a broken man in August 2015. I was young and lost, and my only hope of a better life was to get myself sober. I was not an exemplary person by any means. However, I was able to start living a life I was proud of after weathering the storm of early sobriety and getting my feet on solid ground.

When I walked into the rooms of AA, Masud was a friendly and welcoming fixture in the meetings. I can honestly say that he is one of the few people I remember looking up to while listening to everyone share their stories of experience, strength and hope. Those first couple months of sobriety are hazy, but Masud remains permanently engrained in my memory.

I am happy to say that I have been able to get to know Masud well over the past couple months. I can tell that Masud is a very caring, kind and loving person. He has shown me these descriptions are accurate time and time again. Specifically, Masud has been kind enough to advise me on my business since we are in the same field. I own an apparel company that I started back in college. Since 2010, we have grown our company to hold over 400 NCAA licenses and we are carried in over 900 retail stores across the globe. Masud has an apparel background and has given me a wealth of great advice that has helped me professionally and personally. I am very grateful for this.

I know that Masud accepts personal responsibility for his past transgressions. I also know that I can relate to the shame and guilt that Masud feels for his past. It would be my hope that Masud can use these past offenses as a means to help others make better decisions in the future. No one can change the past, but if there is one person I know that can make this 'right', it is Masud. The willingness to accept his faults and learn from them is there. And with these experiences Masud is able to help the next man that might be struggling with the same issues he has had to grapple with.

I know Masud helped me when I needed it and I am forever grateful for this. I hope I was able to convey this to you in my letter. Thank you so much for your time Judge Guitierrez. Please reach out to me with any further questions.

Sincerely,

Nick Ventura
240 West 37th Place. Los Angeles, CA 90007
(602) 705.6631

February 8, 2017

Honorable Philip S. Guitierrez
United States District Judge
350 West 1st Street
Los Angeles, California 90012

Dear Judge Guitierrez,

My name is Morris Amiri.

I'm hopeful that this letter finds you in good health and spirits.

I am writing you as a reference for my dear friend Masud Sarshar. As the child of Iranian immigrants, and the son of a U.S. Army veteran, I feel specifically qualified to give some details to you about Masud Sarshar, the man I've come to know.

We met around 3 years ago in a meeting of Alcoholics Anonymous. Masud and I took a quick liking to each other, as we share some mutual cultural and background traits.

It's rare that I meet other Iranians in AA, as the AA program generally goes against what we were taught culturally as children growing up.

As a sober man, coming up on 8 years of sobriety this month, I could tell that Masud was a man who was genuinely willing to get sober, trying to change his thoughts, habits, and actions.

He would show up pretty early every single morning to our 7:00AM meeting. He would welcome others who were coming to the meeting. He would help setup chairs and literature for the meeting. He was a man, that in my view, was sincerely trying to better himself with the help of God and through the tools offered in recovery.

On several occasions, Masud was kind enough to invite me to birthday parties he would hold at his home to celebrate the "sober anniversaries" of other members of our group. He is a gracious host and went out of his way to help others.

We even had a chance to sit down and read the AA literature together over coffee at his home. He would make time for me, check in with phone calls to see how I was doing or if I was ever going through something difficult. I appreciated that.

Yes, Masud was always very kind and inviting to me. My time with him was well spent as we helped one another through the discussion of mutual hardship as well as mutual understanding. It's seems as if he had to overcome a lot of difficulties in life. Nevertheless, he kept showing up…willing to change as person. Willing to help others. One day at a time.

I've only come to learn about Masud's legal troubles over the past few months. I believe that they have taken a toll on him mentally and spiritually. Without knowing all of the details, I can say that Masud seems remorseful for his actions and mistakes. I am sure that he regrets what he has done and honestly, I was pretty shocked when I heard about all of this.

Especially because I know Masud is a father and employer. He has people depending on him in many ways. He helps a lot of people! It was shocking to hear that such a good man could make such a bad legal mistake.

Your honor, I'm heartbroken to hear that Masud has put himself in this situation. He is a good man. He has a heart of gold. I have not known him my whole life, but I can just tell that this man really wants to be a better person. His actions show it. In my opinion, he's just another alcoholic. A sick person trying to get well. Not a bad man! Yes, he has made a bad mistake, there is no denying that. I just believe, that his disease has caught up to him here. If he could reverse his actions, I'm know he would.

Your honor, in AA we believe in second chances. Our program was founded upon second chances. My life's foundation was built on a second chance. I'm hoping that you will give Masud a second chance at his life. He has been through a lot and could really use a helping hand here. God have mercy on him !

Thank you for taking the time to read this.

May God bless you and your family.

Respectfully,

Morris Amiri

February 8, 2017

Dear Honorable Judge Philip S. Guitierrez,

My name is Mrs. Alice Sterling. I am writing this letter to share my personal experiences over the last decade working for Mr. Masud Sarshar. I met Masud in 2002 when I came to work for Apparel Limited, Inc. I began helping work by helping in accounting to being asked if I would like to do the billing for our customers which I had never done in the past. I always had an accounting background but this was a big opportunity for me to grown and learn, while supporting the company. Masud seemed to know I would be good at billing and believed because of my previous accounting work experiences, he gave me the opportunity. He truly believed in my ability and provided me the opportunity, which I took without hesitation, because of his confidence in me.

After over 10 years of working for Masud, it was clear that he was a very caring and loving man, to his family, children, and workers. I could not help but notice that he was always there for his mother, siblings and his children, I hold these same values for my family and children.

Apparel Limited like any other company had good years and bad years. During the good years Masud would cater in lunch for all employee's to show his appreciation. This included holiday parties for employee's and their spouse/guest. Halloween dress up contest to encourage staff to participate and improve employee moral, it was always something to look forward to. Other occasions include Fourth of July potlucks.

Masud has a big loving heart. I have witnessed first hand that Masud is a loving and caring person. In 2008-2009, my husband battled cancer, Masud made sure that thru this time when I was in and out of the office due to Doctor appointments and chemo treatments, that my job was secure and that I was paid for the time off. This was a very difficult time in my life and looking back Masud was selfless in allowing me to tend to my husband who I lost within the year. God bless him for his support and caring words. Another thing he did without my knowing was put money into my checking account to ensure I had what I needed, he did this asking for nothing in return, this was the hardest time in my life and NEVER would I have asked anyone for anything especially my boss. He never brought it up and I know he did not have to do that but in his heart he knew what I was going through and helped in the only way he felt he could, this meant so much to me. That is the kind of man he is and always had been as long as I have known him. After my husbands passing in Sept. 09, the company attended his funeral during a work day, Masud made his employee's feel very special at time of need!!

During financial hard times with the company, Masud made it a point not to lay off employee's. He felt the responsibility of his employee's and to me that shows the heart of someone who cares about people.

Massud started out as a Jobber with apparel and worked so hard and made a successful business which was Apparel Limited, Inc.
Overall in the past 15 years that I have know Masud, I will end this letter by summarizing that he is a compassionate, kind individual that is ready to help out!!

Thank you for allowing me to write this letter to share my thoughts of Masud character.

Please have compassion in sentencing Mr. Sarshar, in my experience of loosing a husband of 40 years, life is very short, learning from mistakes is important and learning does not have to take place by separation from family/loved ones.

God bless,

Mrs. Alice Sterling
4082 Cudahy Street
Huntington Park, CA 90255
562-639-1420

cantoni
Great Design Is a Way of Life

**Atlanta** 1011 Monroe Drive, 404.881.8111
**Dallas** 4800 Alpha Road, 972.934.9191
**Houston** 9889 Westheimer Road, 713.787.9494
**Irvine** 8650 Research Drive, 949.585.9191
**Los Angeles** 420 N. La Brea Avenue, 323.634.0909
**Dallas Outlet** 4720 Alpha Road, 972.720.0052

cantoni.com 877.881.9191

Michael Wilkov
*Founder/CEO*, Cantoni
4800 Alpha Road
Dallas, Texas 75244

*February 7, 2017*

Honorable Philip S. Guitierrez
United States District Judge
350 West 1st Street
Los Angeles, California 90012

To Whom It May Concern:

I am writing in reference to Masud Sarshar, who is appearing before your court on March 13, 2017.

Mr. Sarshar has been a loyal Client to Cantoni for nearly (7) seven years; a Company that I have successfully owned and operated for the past (33) thirty-three years. Within the amount of time that I've known Mr. Sarshar personally and professionally, he has been a pleasure to work with. I am convinced that he is a good father, a family oriented man and has shown good character to those surrounding him.

I understand the severity of the pending charges against him and I can assure you this has been a humbling experience for him thus far. I also understand that he is extremely remorseful for his actions and will be able to apply this mistake that he has made as learning opportunity which will allow him positive growth from this day forward.

In summary, I believe Mr. Sarshar accepts full responsibility for his actions and understands the consequences that come with the mistakes that he has made. But I trust that the court will recognize that the mistake that has been made does not reflect the true character of Mr. Sarshar in the time that I, *and others alike*, have known him. I am hopeful that the court will allow him the opportunity for a fair outcome with regard to his family, reputation and future.

Sincerely,

Michael Wilkov
*Founder/CEO*, Cantoni

ZEN INVESTMENTS LLC
Michael Radochay, Principle
150 South Rodeo Drive, Beverly Hills, California 90212

Honorable Judge Philip S. Guitierrez
United States District Court
Central District of California
Los Angeles County Superior Court
Los Angeles , California

February 4 ,2017

RE : Masud Sarshar

Your Honor,

I am the Principle of ZEN INVESTMENTS LLC working with clients in the Apparel business. For many years involved in M & A , Licensing , and Retail businesses . Before starting my business I held SVP Positions with Men's and Women's apparel retailers and manufacturers . In a long career (50 years) you meet and befriend a lot of businessmen . I certainly have.

I met Masud at a trade show in Las Vegas. My relationship with Masud started with assisting him in acquiring another Apparel company. We did not do the deal but have remained in contact for the past (15) years . Masud has always made himself available to me if I had any questions concerning apparel market conditions . His business employed a good amount of people. Many went on to start their own successful businesses.

Starting with nothing . Masud worked very hard to build a successful company in the very competitive Apparel industry . I often tell his story to encourage young people starting out in the apparel business. I found Masud to be religious and a great father to his son. Masud has often shown human compassion toward others .

I have not been in contact with Masud concerning his case and have no knowledge or involvement in this matter .

The Masud I know must be devastated with his current situation, and I believe he has certainly learned from his mistake .

May God be with him .

Michael Radochay

**Honorable Philip S. Gutierrez**
United States District Judge
350 West 1st Street
Los Angeles, California 90012

Dear Honorable Judge Philip Gutierrez,

I beseech your office compassion, kind consideration and generous leniency to return us my beloved brother, Masud Sarshar. It is to your office that his future is at the mercy of, and soon, our hopes.

I am Mahshid Rahimian, younger sister to Masud. He is the only boy in our family. He is not the oldest sibling. However, this has not stopped him from acting the big brother to us all. He is always there. He takes our problems into his own and offers comfort and wisdom to overcome our own failures. He has been with us through some very difficult times. We are fortunate to have him. We are fortunate to see him become a man. We are fortunate to see him become a strong, responsible man.

Several years ago, my father passed away. It was a great loss. He was a very loving, generous and thoughtful person. He took care of a lot of people when he was alive. Masud wanted to be as great as our father. He promised he will take care of all of us too. This he did. And, he has helped others more.

Unfortunately, he made a mistake. He understands that mistake and the consequences of his decisions. Your office will see him make another mistake. He will be absent from his 7-year old son's life. As a mother myself, each day away from your kids is another day wasted. Each day away is torture. Let not my nephew share in my brother's mistake.

A lot of people will probably suffer in his absence. A lot will probably cry. Your office has the power and privilege to greatly affect my brother's case.

My brother may have let my father and other people down this time. But, he is my father's son. He has learned from this mistake. He will work hard because a lot of people look up to him too.

Please grant him this opportunity.

Sincerely,

Mahshid Rahimian

**Mahshid Rahimian**
620 Chautauqua Blvd.
Pacific Palisades, CA 90272

January 29th, 2017

Honorable Philip S. Guitierrez
United States District Judge
350 West 1st Street
Los Angeles, California 90012

My name is Jorgen Persson.

I can really only say that Masud has an admirable heart and beautiful compassion for all living things.

At times, when things are tough and painful, I think about the strength Masud showed in his adversity, the driving force he mustered and the responsibility he assumed to help others who relied and were dependent upon him.

I think Masud tried really hard to help as many as you could - at the cost of his own well-being and health.

If the world had more people with his compassion - I think it would be a better place.

As of writing - I don't really know what is going on - but it does not really matter - my experience with him is my experience with him.

I hope he will have the continued opportunity to share his love with family, friends and positively affect people around him.

In some aspects he is are a role model for me, and I am sure I am not the only one who looks up to him, and admires his sense of heart and humanity.

Yours Truly,

Jorgen Persson
(310) 922-4909
441 San Vicente Blvd. #B
Santa Monica, CA. 90402

Honorable Philip S. Guitierrez
United States District Judge
350 West 1st St
Los Angeles, CA 90012

Dear Honorable Philip Guitierrez,

I am writing this letter on behalf of Masud Sarshar, whom I understand has a case to be heard by you soon. My only intent is to share insight on the Masud I have come to know since we met in Alcoholics Anonymous a long time ago.

My name is Jimmy Schoolfield. I currently live in Manhattan Beach, CA with my wife Jamie and our baby girl Carter who is almost 3 mos old. I will have 8 years sobriety on May 23rd, 2017. I work in commercial real estate at CBRE in Century City. I will tell you that everything I have in my life is a result of the program of Alcoholics Anonymous and the support I have received from its fellowship to help me when I no longer wanted to live the way I was trying to live before I got sober. I realized that all of the pain I was suffering from was of my own making. Pre-sobriety I was extremely selfish and self-centered and was completely incapable of living a life worthy of respect from myself much less anyone else. I simply burned every bridge imaginable and was at a point where I didn't want to live anymore.

I want to tell you what changed initially was the love I received from the fellowship of AA who loved me before I could love myself again. The guilt and shame from my past were unbearable. But by leaning on other men who had walked this journey before me, I was able to persevere and eventually make right all of the wrongs I had committed. We learn to stand up and face the world to make amends and then ask what we can do to make things right. I will say receiving forgiveness by all whom I had harmed was the most powerful experience in my life. It was the first time I had hope. When I asked what I could do to make things right, everyone asked that I continue to stay sober and on the new path that I had embarked upon. Thus I will be making a living amends to everyone forever. Getting such relief, peace and this new freedom has been the cornerstone of my life since then.

It has put me in position to be uniquely qualified to help the next newcomer who walks into the rooms of AA. I have a responsibility to help as many as I can which will never match how many gifts have been so freely given to me simply by staying willing and sober.

This takes me to Masud. He is an extremely kind and loving human being and has been since I met him. He has worked very hard to face life on life's terms and take responsibility for his past. He is a great friend who offers so much to me as well as so

many others. He is sincere and deliberate with his actions. He is honest and wants to do what's right. He regrets the past but, as I have also experienced, has come to learn that such liabilities can now become assets in how he can relate to the world and help others. He cares so deeply for his family especially his daughter who has struggled at times. Being a new father myself I can only imagine the difficulty in watching your child suffer, but, yet it is also incredible to be in a position to help and be there for the loved ones who count on you.

Masud has been devastated by the current proceedings. Never once have I heard him blame others or institutions. All I have ever heard from Masud was remorse over his past actions. He understands the consequences but I also know he has suffered emotionally and physically a great deal. He has never given up though and has provided so much strength simply by sharing his truth while maintaining care for his family and friends. Faith without works is dead which Masud embodies. He has been an inspiration for so many.

My hope is that Masud will be able to be in position to share his experience, strength and hope. Being incarcerated would deprive him of the opportunity to help others like he already has. It will also prevent him from being able to be the father he already is for his daughter who is suffering. He has paid a dear price as he has been in jail inside his head already but I know he is willing look the world in the eye no matter what and do what he has to do to make things right.

Masud is a such a humble but great man. I am lucky to be able to call him a friend and to have him in my life as so many countless others are as well.

If you ever have any other questions about him or me, please do not hesitate to reach out.

Sincerely,

Jimmy Schoolfield
220 14th St Apt D
Manhattan Beach, CA 90266
(215) 880-2906

Houman Sarshar, Ph.D.

11974 Mayfield Avenue, no. 8 Los Angeles, CA 90049 . Phone: (917) 403-2220. E-mail: houman.sarshar@gmail.com

Honorable Philip S. Guitierrez
United States District Judge
350 West 1st Street
Los Angeles, CA 90012

Monday 6 February 2017

Honorable Judge Philip S. Guitierrez,

My name is Houman Sarshar, and I am Masud Sarshar's first cousin. Masud's late father was my father's younger brother. As such, I have known Masud my entire life. I am writing this letter to your honor to plead for your compassion in his sentencing.

I hold a PhD in comparative literature from Columbia University, where I also taught French language and literature for six years. I am a licensed psychoanalyst in the State of New York, where I had a private practice for fourteen years while I was earning a postdoc in Jungian psychoanalysis. During my carrier, I have published seven books about the history of Jews in Iran, and I am presently working on my eighth publication. I have further published several article entries on various topics pertaining to the modern poetry and prose of Iran; some of which have been published in the *Encyclopædia Iranica*, a project for which I also serve as a Consulting Editor. I am also an avid art collector, in which capacity I also serve as Art Council in contemporary art of the Middle East for the Los Angeles Contemporary Museum of Art (LACMA). In 2015 I founded the Kimia Foundation, a non-profit cultural foundation whose mission is to promote research and publication in the history and culture of Iran.

Throughout my entire life, Masud has been like a big brother to me. Growing up in Iran, Masud is the one who taught me how to ride a bike, and he was the one who always ran to my defense when I was getting bullied by other kids at play. When the Islamic Revolution forced us out of Iran and brought us to our new home here in Los Angeles, Masud eventually came to stay with us for some time, and here again he continued to watch over me like a big brother. It was here in LA, shortly after his arrival, where Masud started his business without any capital, at a time when either one of our fathers could have comfortably provided him with a gift or a loan to get him started. As his business grew, Masud started to provide those around him with the support that he himself never got. He was the one everyone turned to for advice and guidance. He was the one everyone called when they needed help. Everyone knew that Masud would never turned them down.

In 1989 when I was applying for graduate school, there was a great degree of resistance on my father's part regarding my chosen field of studies. My father wanted for me to become an attorney. Like in my childhood, Masud once again stepped in without being called. He had countless conversations with my father, all of which eventually softened my father's resistance. Intimately familiar with our fathers' belief system of bare minimum support aimed at encouraging self-reliance, Masud always kept an eye on me during my graduate carrier at

Columbia, always checking in to make sure I never lacked for anything when I lived in New York. To this day, my father does not know about these regular phone calls.

As my carrier advanced, Masud was always at the head of the line with his support. When my fourth book *Esther's Children: A Portrait of Iranian Jews* was published, Masud was the first to arrive at the book signing where he sat in the first row during my entire lecture. On his way out, he purchased 150 volumes of the book and handed the publisher a list of 150 libraries with a request to have a copy placed in each one.

On a more personal level, Masud once again stepped in at a time when I needed help. After many years of hard work, in 2011 I had finally found my first home. The apartment was well priced, and my offer had been accepted by the sellers. Unfortunately, an urgent business affair stripped me of all my capital while we were in contract. I called Masud even before reaching out to my father. Over the phone, without asking me for collateral, without asking when I would pay him back, and without asking for a note, Masud only asked one question: "What's your account number?" Before the end of the next business day, he had wired nearly half a million dollars into my personal account: a sum greater than what I needed to close the deal, and much greater than my entire cash savings prior to the urgent business affair.

I know that I am not the only one for whom Masud has done such things. Even though Masud only has god's gift of two biological children, he is a father to many more. As such, his prolonged absence from our lives will impact more people than I can count; all of whom have come to depend upon him for a whole array support. Masud is the backbone of a large a diversified family unrelated by blood, and without him many will feel lost not knowing where to turn when our hearts breaks, when life deals us a tough blow, or when we need help. His home is the gathering place for any and all who wish to stop by for Shabbat dinners. His cell number is the personal "911" for many who have benefited from his never-ending love, support, generosity, and wisdom over the years.

I should therefore like to plead most humbly with your honor in granting him leniency and compassion in your sentencing, so as to shorten as much as possible the pain of his absence from our lives.

Respectfully yours,

Houman Sarshar

**HOMA SARSHAR**

[redacted] 10550 Wilshire Blvd. South Penthouse #1302 LA, CA 90024 USA

**JOURNALIST** Tel: (310) 472-3012 Fax: (310) 472-3043 Email: Homa@HomaSarshar.com

February 11, 2017

Honorable Philip S. Guitierrez
United States District Judge
350 West 1st Street
Los Angeles, California 90012

Honorable Philip S. Guitierrez,

I'm grateful for the opportunity to provide a character reference for my nephew, Masud Sarshar.

My name is Homa Sarshar, I am 70 years old. My family and I immigrated to the United States at the onset of the Islamic Revolution in Iran, some 38 years ago. Back in my country, I was a journalist and a TV producer. I graduated from Tehran University with a BA in French literature. I received my MA from USC/Annenberg School of Communication and an honorary PhD in Journalism from the American World University. My CV is attached as reference.

Masud was two years old when I married his paternal uncle, Nejat, to whom I have been married for fifty years. Masud has always been a good friend to my two sons and has enjoyed a special bond with me and my husband. He was a teenager when his parents sent him to Los Angeles to live with us for few months, and he soon became an integral part of our family. Even as a teenager, he was a very loving and caring person with great ambitions to become a success story.

He started working right after high school and became an entrepreneur. In the absence of his parents, who lived in Iran at the time, he worked hard to help support his three sisters who were sent to Los Angeles by their parents. All family members were very proud of Masud's achievements and looked up to him.

At one point, due to some personal issues, Masud started to use alcohol and drugs. These habits became more entrenched in his daily life, and in my opinion, started him down the road of making wrong business decisions. He was also fraternizing with a new group who encouraged his habits.

As his business started to grow, Masud became involved in philanthropic endeavors and made generous donations to various Synagogues and non-profit organizations.

He has always been a workaholic his entire life but still managed to spend time with his family. Masud was always very inquisitive and I recall many discussions with him on various topics.

After his father passed away, he became the de facto patriarch of the family. In the Iranian culture, as with all middle eastern cultures, the buck stops with the patriarch, and generally no one questions his authority. His new found role, financial success and substance abuse problem acted like a perfect storm to make Masud believe that he could do no wrong. This lead to a series of improper decisions, and the rest, as you know it, is now history.

I have been in touch with Masud on a regular basis over the last two years and I have witnessed a drastic change in him. He's deeply ashamed and remorseful that his poor choices have come back to haunt his family and his children, and he desperately wants to pay his debt to society. I believe that if he's allowed to remain free, he could do a lot of good by providing assistance to less fortunate citizens, and I hope that your Honor would consider such an option during his upcoming trial.

Please do not hesitate to call me should you have any question.

Respectfully,

Homa Sarshar
Host and Producer, KIRN 670AM American World University Radio Iran
Founder and Director, Honar Foundation
10550 Wilshire Blvd.
South Penthouse
LA, CA 90024

# Homa Sarshar
# Journalist, writer, lecturer

## EDUCATION

*College of Letters and Science*
American World University – Los Angeles, California
Ph.D. (HC), Journalism, 2006

*Annenberg School of Communications*
University of Southern California – Los Angeles, California
MA, Communications Management, 1980-1981

University of Tehran – Tehran, Iran
BA, French literature, 1968-1972

## EXPERIENCE

### - MEDIA

- Producer, writer, and host, Radio Iran KIRN 670AM – Los Angeles, California, since 2006
- Weekly guest, NewsTalk VOA – Washington DC, 2006-2011
- Co-producer, writer, and talk-show host, Yaran Satellite Radio – Woodland Hills, California, 2003-2004
- Writer, producer, and host, Jaam-e-Jam Television- Encino, California, since 1998-2008
- Co-producer, writer, and talk-show host, Omid-e Iran Radio and Television – Redondo Beach, California, 1982-1990
- Editor-in-Chief, *Shofar* Monthly Magazine – Los Angeles, California, 1981-1983
- Television producer, director, and talk-show host, National Iranian Radio & Television (NIRT), Tehran, Iran 1972-1978
- News editor and columnist, *Kayhan* Evening Newspaper, Tehran – Iran, 1971-1978
- Special intern in journalism, *Elle* Magazine, Paris – France, 1968
- Correspondent reporter, special events reporter & columnist, *Zan-e-ruz* Weekly Magazine, Tehran – Iran, 1964-1971

### - EVENT ORGANIZATION

- Master of Ceremonies, Special Events Organizer, National Seminars & Conferences Organizer since 1964

## PUBLICATIONS

### - BOOKS

- *Sha'baan Ja'fari* – 2002
- *The History of Contemporary Iranian Jews*, Vol. 4, (Co-Ed.) – 2000
- *The History of Contemporary Iranian Jews*, Vol. 3, (Co-Ed.) – 1999
- *The History of Contemporary Iranian Jews*, Vol. 2, (Co-Ed.) – 1998
- *The History of Contemporary Iranian Jews*, Vol. 1, (Co-Ed.) – 1997
- *Women, Sexuality and Islam* (Ed.) – 1996

- *Women and Politics in Contemporary Iran* (Ed.) – 1995
- *Women and Family in Iran and Abroad* (Ed.) – 1994
- *Iranian Women's Image in Iranian Culture* (Ed.) – 1993
- *Iranian Women, Researches and Arts* (Ed.) – 1993
- *In the Back Alleys of Exile*, 2 volumes – 1993
- *Book of Now Ruz*, Vol. 2 – 1989
- *Book of Now Ruz*, Vol. 1 – 1988
- Translation of Albert Camus' book *Jonas ou l'Artiste au Travail* to Persian – 1972

**- ARTICLES (Selected)**

- "In exile at Home," in *The Flying camel: Essays on Identity by Women of North African and Middle Eastern Jewish Heritage*. Ed. Loolwa Khazzoom, Seal Press: 2003, pp. 123-130.
- "Esther or Vashti: That is the Question," in *Medusa Magazine*, ed. Azar Majedi, London: 2000
- "Iranian Jews: Tenants or Land Lord?" in *Par Magazine*, Issue # 155, Washington, DC: December 1998
- "From Esther to Esther, A play," in *The History of Contemporary Iranian Jews*, Vol. 1, ed. Homa Sarshar Los Angeles: 1997 pp. 3-29
- "Between Two Worlds: Lost Identity," *Payman*, Magazine Issue # 4, Los Angeles, California: 1995
- "Iranian women and Media in Exile," in *Nimeye-Digar*, ed. Afsaneh Najmabadi Cambridge: Volume 14 Spring 1991 pp. 220-224
- "Mina and Iguana," in *Nimeye-Digar, Iranian Women in Exile*, ed. Afsaneh Najmabadi Volume 12/13 Fall 1990 pp. 5-23
- "In the Back Alleys of Exile," in *Nimeye-Digar, Experience of Revolution*, ed. Afsaneh Najmabadi Volume 11 Spring 1990 pp. 63-68
- "Mahshid Amirshahy As I Know Her," in *Forough* Magazine, Issue # 4, Fall 1990

**- LECTURES (Selected)**

- "Iranians in Exile: An overview," Iranian Society, Paris, France September 2003
- "History of Iranian Media from the Constitutional Revolution to the Islamic Revolution," the Academy of Iranian Physician, Glendale, California, November 2000
- "Get: The Jewish Injustice," Eretz Cultural Center, Tarzana, CA, September 2000
- "Esther or Vashti: That is the Question," the Second International Medusa Conference, Köln, Germany June 2000
- "Iranian Students: The Islamic Regime's Achille's Heel," Anti-Islamic Republic Demonstration and Hunger strike, at the Federal Building, Los Angeles, California 2000
- "Parvaneh & Dariush Forouhar: We Killed Them, Too," lecture presented at their memorial in Los Angeles, California, November 1998
- "Another Birth in Another World," the Association of Iranian Professionals, San Francisco, CA June 1998
- "Iranian Women and Music: Fourteen Centuries of Silence," the Iranian Women's Studies Foundation, fifth annual UCLA, California 1994
- "Women and Democracy in Iran Today," the University of Toronto, Canada 1994
- "Homa Darabi: Why an Iranian Woman Would Set Herself on Fire," H. Darabi memorial

service, Los Angeles, California 1994
- "New World Order," Rancho Park Rotary Los Angeles, California 1993
- "Fereydoon Farrokhzad: Neither the First Victim nor the Last," F. Farrokhzad memorial service, Los Angeles, California 1992
- "Historical Profile of Women from Iran," Status of Middle Eastern & Asian/Pacific Islander Women, first Annual Conference, University of California in Los Angeles, 1991
- "Iranian Immigrants Ten Years After the Revolution: An Essay," Nessah Cultural Center, Beverly Hills, California, 1989
- "Iranian Women in the Work Force," field research conducted for Kayhan Institute - Tehran, Iran, 1975
- "Birth Control in Low-Income Families: A National Campaign," field research conducted for Iranian Women's Organization and *Zan-e-Ruz* - Tehran, Iran, 1969

**PRODUCTIONS**
- Book on tape: *In the Back Alleys of Exile* - 1993
- Series of video documentaries on exiled Iranian writers, poets, artists and dissidents:
  - Nader Naderpour: Poet (20 minutes)
  - Mahshid Amirshahy: Writer (20 minutes)
  - Nasser Ovissi: Painter (20 minutes)
  - Samineh Baghchehban: Teacher (20 minutes)
  - Simin Behbahani: Poet (20 minutes)
  - Iran Daroudi: Painter (20 minutes)
  - Moniroo Ravanipour: Novelist (20 minutes)
  - Jalali Sussan-Abadi: Miniaturist (20 minutes)
  - Faranguis Yeganegi: Activist (20 minutes)
  - Malak Nafisi: Philanthropist (20 minutes)
  - Bersabeh Hovsepian: Educator (20 minutes)
  - Morteza Khan Neydavood: Master Musician (20 minutes)
  - Soleiman Haim: Lexicographer (20 minutes)
  - Moshfegh Hamedani: Translator & Journalist (20 minutes)
  - Youna Dardashti: Vocalist (15 minutes)
  - Rabbi Yedidia Shofet: Iran's Chief Rabbi (50 minutes)
  - Habib Levi: Historian (20 minutes)
  - Moshe Katsav: The President (18 minutes)
  - Jamshid Kashfi: The Majles Representative (30 minutes)
  - Shaban Jafari: The Wrestler (20 minutes)
  - Sadredin Elahi: The Journalist (20 minutes)
  - Mahin Amid: The poetess

**HONORS AND AWARDS**
- "American Heritage Award" American Immigration Council, Washington, D.C. 2016
- "Ellis Island Medal of Honor", New York, NY 2013
- "Humanitarian Award", Iranian American Parents Association, Beverly Hills, CA 2007
- "Lifetime Achievement Award," B'Nai Brith, Los Angeles, CA 2005
- "Journalism Award," Encyclopaedia Iranica Foundation, Miami, Florida 2003
- "Certificate of Recognition," *World Contemporary Art*, Los Angeles, California 2002

- "Outstanding Contribution & Services to Entertainment, Arts and News Media," Network of Iranian-American Professionals (NIPOC), Orange County, California 1999
- "Outstanding Journalistic Contributions Award," Magbit Foundation, Los Angeles, California 1996
- "Commendation for Community Affairs Services" County of Los Angeles, Los Angeles, CA 1996
- "The 14th America-Israel Friendship Media Award" B'Nai Zion Western Region, Beverly Hills, CA 1996
- Honoree, "Women and the United Nations: Yesterday, Today and Tomorrow," Women in Conversation about the UN, San Francisco, California, 1995
- "SEPAS Award - Lifetime Achievement in Journalism,' Los Angeles, California, 1994
- "Woman of the Year," Iranian Jewish Women's Organization Los Angeles, California 1991
- "Medal in Recognition & Appreciation for Contribution to the Games of the XXIII rd Olympiad" Los Angeles, California, 1984
- "Research Assistance," University of Southern California, 1981
- "Grant and Scholarship," University of Tehran, 1972-1973
- "Award for the Best Coverage of the 25th Centennial of the Iranian Kingdom," *Zan-e-Ruz* Magazine - Tehran, Iran, 1971
- "Medal for Special Achievement in Women's Rights," Iranian Women's Organization - Tehran, Iran, 1969

**AFFILIATIONS:**

- Founder and Director, Honar Foundation, LA, CA since 2015
- Founder and Director, Center for Iranian Creative Arts, LA, CA since 2006
- Founder and Director Center for Iranian Jewish Oral History, LA, CA since 1996
- Board Member, Iranian Women Studies Foundation, Boston MA since1989
- Friends of Encyclopaedia Iranica Foundation, Columbia University, NY since 1985

**LANGUAGES**

Persian (native), French (near native), English (near native)

2/4/2017

Honorable Philip S. Gutierrez
United States District Judge
350 West 1st Street
Los Angeles, California
90012

Honorable Mr. Gutierrez:

I'm glad to greet you and I wish you are very well!!…My name is Eugenio Guerra, I am a cuban artist and an american citizen. I met Masud Sarshar in 2008, he invited us to perform at his home with his friends and family. He is a wonderful human being and a friendly person. Since then I enjoyed his family gatherings, like birthdays, thanksgiving, etc.. He is a very hard working man, tireless and committed. I know that he has confronted difficult moments during his life but he has overcome those obstacles starting all over. He is a courageous and a successful man. Many times I have met some of his employees and they were very pleased with his personality, humbleness and good heart. Masud is a big family man, he takes care, loves and protects his family, he is an excellent parent, son, brother and husband. I have seen him how he relates to his family and how he overflows with love and attention.
I think these legal actions have impacted him and he is remorseful, it's affecting all of us and it would be very painful and would cause family traumas if he suffered an incarceration and separation. He needs to be present with his kids, taking care of them everyday. He is a very optimistic and positive person that learns from his mistakes. I think it would be appropriate compassion before any judgment is made.

Best Regards,

Eugenio Guerra

January 29, 2017

Honorable Philip S. Guitierrez

United States District Judge

350 West 1st Street

Los Angeles, California 90012

My name is Greg Duzian and I'm an apparel industry consultant. I was born in Beirut, Lebanon and moved to Los Angeles in 1972 where I've lived ever since.

I met Masud in Los Angeles in early 2001. We were introduced by an associate who thought with the apparel industry and entrepreneurship in common, there could be an opportunity for Masud and I to work together and we've been friends ever since. I worked with Masud at Apparel Limited Inc., in Los Angeles and helped with Product Development for the Dickie's Girl Denim division. Both Masud and I are early risers and I remember we would get to the office before a lot of the staff would arrive and have a cup of coffee and talk about family, life and eventually our work day. I remember the relaxed and friendly atmosphere in the office between Masud and his staff. Our friendship grew from there and although it was the industry that brought us together, we remained friends after I moved on to start my own consulting business in 2003.

Masud has always been a kind and compassionate human being with a great sense of humor and a humble personality. He never declined the opportunity to help if anyone needed assistance. While being a workaholic, he always made time for family and friends. I remember the staff always in good spirits when Masud was in the office and because of his focus and drive in the workplace, everyone would feed off his energy and commitment. He made the work place a fun and interactive environment where people wanted to come to work and improve their craft. When you're a solution driven and problem solving CEO of a group of young people, you help them better themselves to build their dreams of being successful in the business world. Masud is that CEO!

Masud has made a grave mistake and I know he is remorseful for his actions and regrets those decisions immensely. The suffering that he and his family are and will continue to endure is tremendous. Masud is aware that he and his family will carry the weight of this judgment on their shoulders for the rest of their lives. With the separation from his family to serve his sentence, the stress and anxiety will be intense and unimaginable for Masud and his family with the burden of separation equally on both.

Your Honor, please be compassionate in your view and your final decision. You are a considerate and fair Judge. It's because of judges like you, Your Honor; we all get a second chance to make up for mistakes we've made. Its human nature to make mistakes, both small and large as is human nature to forgive and allow the opportunity to rebuild something better. The fact is that Masud will redeem himself to his family and to the rest of us with that incredible and once-in-a-lifetime second chance. Please don't deny him that chance to be a better person, husband, father and son and to help people as well as the next generation of young people in our industry of the rights and wrongs.

Sincerely,

Greg Duzian

8379 Denise Lane.

West Hills, CA. 91304

818 917 9827

Gda.greg@gmail.com

February 3, 2017

Honorable Philip S. Guitierrez
United States District Judge
350 West 1st St.
Los Angeles, CA 90012

Your Honor,

I am an internal medicine specialist based in Northridge. I have been practicing medicine for more than 30 years. About five years ago, I met Masud Sarshar. Initially, he was a patient of mine. Within several months, however, we formed a personal friendship that we've maintained to the present day.

I am proud to call Mr. Sarshar a friend. I know him to be a kind and giving man who has touched many lives. When I need help or when others need it, Mr. Sarshar can always be counted on to step up and provide it.

One example of his financial generosity involved help for another patient of mine – a man who had come to my office, distraught. He was a husband and father of three children who had fallen on a difficult time that threatened to leave his family homeless. I asked Mr. Sarshar if he could assist this family. Mr. Sarshar responded by asking me only one question about them: how much did they need to get back on their feet? I told him and with no further discussion, he immediately wrote me a me check that changed everything for this needy family.

Mr. Sarshar is also generous in other ways. I know him as man who will give his time to those in need. About three years ago, I experienced this first-hand as I was going through a difficult period in my own life. Mr. Sarshar was there for me as a trusted friend. He listened to me and supported me through those emotional times, which is something I won't forget.

In my profession, I meet many people from all walks of life. Mr. Sarshar's compassion and kindness are traits I don't see in everyone. I know him also to be a devoted father to his 26-year-old daughter and 8-year-old son. I also know him to be a benevolent employer who feels most successful when his employees are happy in their work and lives.

I believe much of who he is today is informed by his early years, which weren't always easy. At 17, as a young immigrant, he quit school to help financially support his mother and sisters with a series of service jobs that ranged from boat-washer and valet to dish-washer and waiter. At 19, his uncle hired him to work in what was then a failing apparel company that he was able to transform into his first large business

success. Quite notably, he accomplished that within only a couple years of agreeing to take over the floundering business – and its liabilities.

Despite all of that, however, Mr. Sarshar is not a perfect man. As he is quick to admit, the decisions he made that led to his current legal problems were wrong. He is now experiencing their effect in every area of his life and he knows, beyond all else, that he must right this wrong. Only then will he be able to make things right with his family, his employees, with society and with himself.

My knowledge of his character as a man makes me confident that his remorse is deep-felt and that he will work hard to fix what he has broken. I am also confident that his life-long work ethic and business acumen will allow him to rebuild a viable, successful company that will allow him to provide local jobs and to more quickly pay his debt to society.

I will close my letter by respectfully asking this court to show compassion in its sentencing of Mr. Masud Sarshar, as I strongly believe that doing so will ultimately benefit our community.

Sincerely,

Dr. Siamak P. Etehad, MD
17075 Devonshire St. #100
Northridge, CA 91325

January 26, 2017

Honorable Philip S. Gutierrez

United States District Judge

350 West 1st Street,

Los Angeles, California 90012

**Regarding: Masud Sarshar**

Dear Judge Gutierrez,

The purpose of this letter is to convey to you my experience with Masud Sarshar in hope that I might bring to light my personal experience with him.

I met Masud in the fall of 2005, about eight months after the tragic death of my eldest daughter Lauren, who was killed in an automobile accident. At the time, I was working as a boat salesman although I must confess, my heart was not in the job at the time.

He purchased a boat from me a few months later and sensing my despair, offered me a position as its captain even though it was not necessary; he was quite capable of handling the boat himself.

He asked me to take the boat to Mexico and stay with it there, which I did.

My belief is that he sensed that some time away from my life in Los Angeles would benefit me and he was right. My time there allowed me to reconcile what had happened and to heal from the trauma of what I had experienced.

As I got to know him, it soon became evident that his compassion and generosity was not limited to the likes of me. He was kind, empathic and generous to all the people he encountered including his family members, business associates and even the “marineros” and “vagabundos del mar” who had nothing to offer in exchange for his kindness.

In 2007, an act of extreme negligence solely on my part resulted in our spending a night in jail in the Port of Lazaro Cardenas. I offered Masud my resignation but he refused to accept it saying people make mistakes and should be afforded the opportunity to redeem themselves. He spent a considerable amount of money to extricate us from that situation and he never asked me for repayment.

I will be forever grateful to Masud for his act of forgiveness. His friendship and support were a huge contribution in my recovery and I loathe to think of where I would be today were it not for his support.

I left the boat in 2009 and was able to return to Los Angeles and now live with a good measure of serenity and peace.

My relationship today with Masud is that of a friendship. When he told me a few months ago of the situation he was in regarding the Court and the cloud his actions have cast over his future, it brought me back to that night I spent with him in that jail cell.

I understand as does he, the gravity of his actions and I also understand the concept of the rule of law.

I ask you though with my deepest respect, to extend to Masud a small measure of the compassion that he so generously afforded me on that night in a jail cell.

With my sincere regards, I am and will remain,

Yours very truly,

*David Foley*

David G Foley

17438 Revello Drive,

Pacific Palisades, CA 90272

310-456-4728

davidgfoley@gmail.com

February 5, 2017

Honorable Philip S. Guiterrez,

I'm writing you on behalf of Masud Sarshar. My name is Dana Cambuston. I am a native Californian living in Los Angeles. I have worked as a fashion designer for the past thirty-five years. During my career, I have owned my own companies as well as worked for other brands as either a creative director or in a freelance capacity. I have known Masud Sarshar since 1997. Twenty years ago, when we first met, he was working downtown for his Uncle learning the buying & selling aspects of the close out business. As a young man he always seemed very eager to learn and worked very hard. No Job was too small or insignificant. He was always willing to do whatever it takes. This is a rare quality in our industry and what impressed me the most about Masud. In those early years, we were all looking for ways to be successful and grow our business. So, when he had the opportunity to sign a liscensing deal, it was indeed a very "big deal". I believe it was his unique vision, hard work and determination to make his mark in our industry that served him so well in making his company such a huge success.
He was an inovator and tireless worker. He grew his company and had supported many loyal employees. I have rarely known a more generous employer and friend. Many of his employees were dedicated to working for Apparel Limited for a significant number of years. Several that owe their careers to his guidance and nurturing. This too, is very rare in our industry, and I believe it to be very

commendable. I'm sure that people were very loyal to him because he was always right there working tirelessly beside them. He was eccentric, but a steadfast and generous leader.

Over the years I have done a few freelance projects with Masud and he was always a pleasure to work with. As a creative person, we sometimes disagreed, but I always felt that he respected my work and gave me a lot of support and freedom. As long as I designed a good product that he could market. His vision, as well as a remarkable ability to stay true to his business mantra, "KISS" ---Keep it simple & stupid---is something that he lived by. I think this philosphy served him well.

I suppose until things got complicated........

I'm not aware of the details of the legal charges against him. I feel that it is not any of my business, nor do I make any judgements on him or any one in our industry. It's difficult for everyone in the world today. I do believe that Masud is accepting the responsibility of his actions and he is understandably anxious about the impending sentence. I feel that somehow the most harsh punishment for him to date has been the loss of his reputation . He was always considered to be one of the "Good Guys". Generous , fair and honorable. Typically going above and beyond to lend his support to so many less fortunate. As a person with such high acheivements and professional standing in our community ,I can only imagine the emotional suffering that has come about by his fall from grace.

He is certainly remorseful and seems to be willing to take the necessary steps to rectify some of the damage that has been caused. .Sometimes circumstances arise that cause a person to veer off their path. Unfortunately , bad things or mis guided deeds can happen to good people. I truly believe that his spiritual faith will give him the strength to face whatever is in front of him. In typical fashion, I believe he will do whatever it takes to overcome and perservere. He knows that he has broken the law and has admitted guilt. I can only imagine that he feels devastated by the weight of this. However, at the same time, I think that he must know that he will be treated fairly by the courts.I certainly hope that he is given every opportunity to re-deem himself.

I'm quite certain that this situation has been personally very challenging for Masud. He has always been the strong one. The person that so many people rely on…..both financially , educationally and emotionally. I'm sure that whatever punishment he's facing, he'll rise to it with dignity. However, I'm not convinced that incarceration for any length of time would significantly ammend the wrongs that have been committed. He is a sensitive soul with a lot of passion, vision and determination to make things happen and get things done. I feel that a compassionate, thoughtful person would see the benefit of harnessing his God given gifts. The community would be better served to gain any retribution by having him work with others to share some of his talents.

Similarly, I know that his young son Mio, and his immediate family will suffer enormously the punishment of his loss. His guidance, strength and

kindness would be sorely missed by all those who are close to him.

I understand that there are rules in life, and that there are always consequences to every action. Masud Sarshar has had more good actions in his life----I urge you to keep this simple idea in mind as you weigh the evidence in determining his fate. He is a good and decent man that has made a mistake.

I hope you can find it in your heart and judgement to show him some leniency .

I 'm confident that the greater good will be served by acting with compassion.

Sincerely,

Dana Cambuston



2/4/17

Honorable Philip S. Gutierrez
United States District Judge
350 West 1st Street
Los Angeles, California
90012

Honorable Mr. Gutierrez:

I'm glad to greet you and I wish you are very wel!!…My name is Caridad Soto, I am a cuban artist and an american citizen. I know Masud Sarshar since 2008, he invited us to participate in an event in his home with his friends and family. He is a generous and a friendly person. Since then I could see and feel through our relationship that he is a very hard working man, tireless and committed. I know that he has confronted hard moments during his life but he has overcome those obstacles starting from zero. Definitely he is a courageous and successful man. Also, I have met some of his employees and they were very happy with his personality, humbleness and good heart. Masud is a big family man, he takes care, loves and protects his family, he is an excellent parent, son, brother and husband. I have seen him how he relates to his family and how he overflows with love and attention.
I think these legal actions have impacted him and he is remorseful, it's affecting all of us and it would be very painful and would cause family traumas if he suffered an incarceration and separation. He needs to be present with his kids, taking care of them everyday. He is a very positive person that learns from his mistakes. I think it would be appropriate compassion before any judgment is made.
His love and devotion for his family and friends shows that he is a great human being.

Sincerely,

Caridad Soto

February 3rd, 2017

Honorable Philip S. Guitierrez
United States District Judge
350 West 1st Street
Los Angeles, California 90012

Dear Honorable Judge Philip Gutierrez,

I am writing to you about my dearest best friend Masud. My name is Amy Lynn Grover. I am an graphic artist, living in Los Angeles. I graduated from UCLA's design program at the top of my class and continuing my education at UCLA taking advanced courses currently.

I have known Masud for two years now. The first day I met Masud, sparks ignited and I knew he was a very special person that I would like to know. He welcomed me in to his life and treated me like family. In the short span of knowing him, Masud has had a invaluable and profound impact on my life. I have had the pleasure of knowing him well in many capacities in addition to our intimate relationship, however he is and will always be family and my best friend first.

Masud has had a few ups and downs with his health in the past year; from two broken ribs, five herniated bulging disks in his neck to tremendous pain, requiring an emergency vasectomy reversal. I was there by his bedside for all of them, helping him with human fundamentals and this was very difficult for him. Masud is not one to ever ask for help, nor does feel right being the one who needs help. He is used to being the one that is helping and doing things for everyone else.

Masud and I have had a working business relationship throughout our relationship; he and I worked seamlessly together as partners on countless business projects. He is an exquisite business man, an inspiration, my mentor and my role model. He has a brilliant and creative mind, with a capacity to imagine anything and beautifully bring it to life. He has taught me countless invaluable lessons in business and and advise in respect to my business; without him in my life, I am not sure where my career or business would of been at today.

Masud has given jobs to countless people and provided excellent working conditions and benefits. All of his employees are "people who work with him" not "people who work for him." He has had most of his employees for over twenty years. For the individuals that he no longer needed, he has helped them in finding or placing them in new work within his network.

Masud is a family man whom takes care of his many people in his family as well as others that are not directly related; those close to him are treated like family. Masud loves to bring the family together, he holds family holidays and Shabbat diligently every Friday evening to cook and entertain for his family and friends. He is an extraordinary father to both his daughter and his son. His son who is at a tender age of 8 will miss his father more than anything, but more

importantly his son needs Masud in this critical time of his young life.

Masud is a very humble, kind and generous; he is a very unique and special individual with a huge heart and a gentle soul. He is one of the hardest working, dedicated men I have ever met. He treats everyone with respect and compassion regardless of who they are and what they do. Masud only flaw is that he puts everyone before himself. If the world had more people with his compassion and etiquette, I know it would be a better place.

It saddens me to see how his current situation has literally ripped his health and emotional wellbeing apart. However, he continues to be strong and hold himself together for everyone else around him.

I know Masud is regretful for his mistakes and wishes he could go back and change everything he did wrong. I also understand that his mistake has a recourse with the law; I ask you to please take consideration for the type of man Masud is and will continue to be as a free man who is remorseful for his inactions and who has learned from his mistakes.

With Sincerest Regards,

Amy Lynn Grover
(310) 925-3271
1138 Glenville Drive, Apartment #305
Los Angeles, California
90035